82,775-01

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

SANDRO BALADEZ,                    §

       Petitioner

VS.                                § CRIMINAL CASE NO. 01-1-6242-A

THE STATE OF TEXAS                 §

**MOTION DISMISSED**
**DATE: 4-20-15**
**BY: [illegible]**

## MOTION FOR REPLEADING COURT DENIAL JUDGMENT

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now SANDRO BALADEZ, (petitioner) in the above-style and entitled cause and respectfully files this "Motion For Repleading Court Denial Judgment" pursuant to Federal Rule of Civil Procedure 12(e) which provides that if a pleading is so vague that a party cannot reasonable be required to frame a responsive pleading, the party may move for a definite statement before interposing a responsive pleading, which the Court herein should be required to replead, specifying the definite Court of Criminal Appeals (denial without written order) of petitioner Application for 11.07 Writ of Habeas Corpus – Criminal Case No. 01-1-6242-A, judgment rendered in March 04, 2015, in pursuant to Texas Rules of Appellate Procedures, 77.4., which petitioner seeks the following pleading: ____ .

1. Under what circumstances was petitioner Application for 11.07 Writ of Habeas Corpus, Criminal Case No. 01-1-6242-A  denied on;

  •Procedurally Default Grounds:_____

  •Procedurally Default Application:_____

  •Other reason(s), please be specific:_____

  _____

Petitioner contends that the omission of the Court of Criminal Appeals judgment (denial without written order) is affecting petitioner appeal strategy. Therefore, petitioner has a right to acknowledge under what circumstances did the court based their judgment inorder to pursue further appeals in compliance with Courts Rules and Procedures.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

WHEREFORE, PREMISES CONSIDERED, petitioner prays and requests that this Honorable Court and or Justices consider petitioner motion on the foremention.

Execute at city of: Beaumont ,State of: Tx ,Date: 03/30/2015

Respectfully submitted:
/s/ andro Balader #1116255
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICES

I hereby certify that a true and correct copy of the foremention "Motion For Repleading Court Denial Judgment" has been mailed to: THE COURT OF CRIMINAL APPEALS OF TEXAS, Clerk Abel Acosta, P.O BOX 12308, Capitol Station, Austin, Texas, on this 30 ,of March ,2015.

Respectfully submitted:
/s/ andro Baladez, #1116255